UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------------------------------------- X
                                                                               :

MOBILITY CREDIT UNION,          :      Case No. 3:16-CV-2968

                                                                               :      [formerly 101st Judicial District
                      Plaintiff,                  :      Court, Dallas County, Texas
                                                                               :      No. DC-16-12531]

-against-

GASTON MUGNIER,

                    Defendant,
------------------------------------------------------------- X

Gaston Mugnier declares under penalty of perjury as follows:

1. I am individual above the age of majority of domiciled in Covington, Louisiana.

2. My only contacts with the State of Texas have been to mail mortgage payments to a Texas address as required by the Mortgage.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:        November 1, 2016         /s/Gaston Mugnier
                 Covington, Louisiana        GASTON MUGNIER