# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Mobility Credit Union
Plaintiff

v.

3:16-CV-2968
Civil Action No.

Gaston Mugnier
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Mobility Credit Union

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
None

| | |
|---|---|
| Date: | November 22, 2016 |
| Signature: | /s/ Kyle B. Mandeville |
| Print Name: | Kyle B. Mandeville |
| Bar Number: | 24065669 |
| Address: | 1201 Elm Street, Suite 2500 |
| City, State, Zip: | Dallas, Texas 75270 |
| Telephone: | (214) 741-2121 |
| Fax: | (214) 748-7949 |
| E-Mail: | mandevillek@passmanjones.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons