UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------------------------------------ X
:
    MOBILITY CREDIT UNION,           :       Case No. 3:16-CV-2968
:
:       [formerly 101st Judicial District
           Plaintiff,                    :       Court, Dallas County, Texas
:       No. DC-16-12531]
:
    -against-                           :
:
    GASTON MUGNIER,                  :
:
           Defendant,                    :
------------------------------------------------------------ X

Gaston Mugnier declares under penalty of perjury as follows:

1. I am individual above the age of majority of domiciled in Covington, Louisiana.

2. I formerly lived in various cities in Texas while I was self-employed as a consultant and I lived in Houston, Texas while employed at IBM, but I also maintained a Louisiana residence for the entire period I lived in Texas, and I maintained a Louisiana drivers license for that entire period.

3. I have not been domiciled in Texas since 2000 at which time I returned to Louisiana where I have lived continuously for the last 17 years.

4. The Mortgage on my home and the Promissory Note which I signed in return for the loan by CU Members Mortgage was executed in Mandeville, Louisiana on September 11, 2002.

5. The Mortgage which forms the contract between Plaintiff and myself is the mortgage on my home at 505 West 5th Avenue, Covington, LA 70433 originally granted to CU Members Mortgage on September 11, 2002. Said mortgage provides in Paragraph 16 that it is governed by federal law and the law of Louisiana, the jurisdiction in which the property is located.

6. My only contacts with the State of Texas related to this case have been to mail mortgage payments to a Texas address as required by the Mortgage.

7. I have accounts open with Plaintiff to facilitate the servicing of the mortgage.

8. I formed two companies incorporated in Delaware: Diversified Endeavors, L.L.C. and E-Commerce Development Group, L.L.C. These have at all times been Delaware companies. For each company, in the time period before the year 2000, I used my then current Texas address as a forwarding mailing address, but never as a corporate domicile address. Furthermore, I have not used a Texas mailing address since the year 2000.

9. I have been sued by the Plaintiff in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, for mortgage arrearages and to foreclose on my home in the suit entitled "Mobility Credit Union f/k/a Southwest IBM Employee Credit Union vs. Gaston Mugnier" No. 2016-11090. That suit is presently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      February 16, 2017        /s/Gaston Mugnier
               Covington, Louisiana       GASTON MUGNIER