IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MOBILITY CREDIT UNION** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-2968 |
| | § | |
| **GASTON MUGNIER** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF DISMISSAL OF DEFENDANT GASTON MUGNIER'S BANKRUPTCY CASE AND MOTION TO RE-OPEN THIS CASE

COMES NOW, Mobility Credit Union (*"Mobility"* or *"Plaintiff"*), and files this Notice of Dismissal of Defendant Gaston Mugnier's Bankruptcy Case and respectfully shows the Court as follows:

1. On July 28, 2017, Plaintiff filed its Suggestion of Bankruptcy [Doc. 26], notifying the Court that Defendant Gaston Mugnier had filed a Chapter 7 bankruptcy case in the Eastern District of Louisiana; Case No. 17-11808 ("***Bankruptcy Case***").

2. On July 28, 2017, the Court entered an Order [Doc. 26] closing this action pending a motion to re-open by either party.

3. The Bankruptcy Court has entered an Order of Dismissal, which dismissed Mugnier's bankruptcy petition and enjoined and prohibited Mugnier from filing any other bankruptcy action or seeking any relief under the United States Bankruptcy Code for two years. *See* **Exhibit A**. The Bankruptcy Court's Order of Dismissal has now become final, and the Bankruptcy Case was concluded on October 10, 2017. *See* **Exhibit B**.

4. Accordingly, Plaintiff respectfully moves for the above-captioned case to be re-

opened and Plaintiff be allowed to proceed with its claims against Defendant.

                Respectfully submitted,

                **PASSMAN & JONES,**
                  **A Professional Corporation**


                By: */s/ Kyle B. Mandeville*
                Kyle B. Mandeville
                Texas Bar No. 24065669
                PASSMAN & JONES
                A Professional Corporation
                1201 Elm Street, Suite 2500
                Dallas, Texas 75270-2599
                (214) 742-2121 Telephone
                (214) 748-7949 Facsimile
                mandevillek@passmanjones.com

                **COUNSEL FOR PLAINTIFF**
                **MOBILITY CREDIT UNION**


## CERTIFICATE OF SERVICE

      I certify that on this 23rd day of October, 2017, a true and correct copy of the above and foregoing was served, as specified below, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE to the following:

| | |
|---|---|
| Gaston Mugnier | CMRRR: 92147969009997901617811928; and |
| 505 West 5th Avenue | Via U.S. Regular Mail |
| Covington, LA 70433 | |

                */s/ Kyle B. Mandeville*
                Kyle B Mandeville