# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                           CASE NUMBER: 17-11808

GASTON MUGNIER                              CHAPTER 7

DEBTOR                                      SECTION "B"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

This matter came before the Honorable Jerry A. Brown on August 30, 2017 as a hearing on the Motion to Continue Hearings filed by Debtor, Gaston Mugnier, **(P-30)**; Motion to Dismiss case filed by Creditor, Reich, Album & Plunkett, LLC, **(P-12)**; and Motion for Relief from Automatic Stay filed by Creditor, Mobility Credit Union f/k/a Southwest IBM Employee Federal Credit Union **(P-16)**.  After considering the pleadings filed by the parties, the arguments of the parties and counsel, and the evidence presented;

IT IS HEREBY ORDERED that the Motion to Continue Hearings **(P-30)** is DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss **(P-12)** is GRANTED and the Voluntary Petition filed by Debtor, Gaston Mugnier, is DISMISSED.

IT IS FURTHER ORDERED that Debtor, Gaston Mugnier, is hereby enjoined and prohibited from filing any bankruptcy action or seeking any relief under the United States Bankruptcy Code for the period of two years following the signing of this Order.

IT IS FURTHER ORDERED that the stay resulting from the filing of the Voluntary Petition is set aside and vacated.

**Exhibit A**

IT IS FURTHER ORDERED that the Motion for Relief from Stay **(P-16)** is hereby DENIED as being moot.

IT IS FURTHER ORDERED that Creditor, Reich, Album & Plunkett, LLC's request for attorneys' fees and costs is DENIED.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, September 5, 2017.

*J. A. Brown*

    Hon. Jerry A. Brown
    U.S. Bankruptcy Judge