# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MOBILITY CREDIT UNION,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:16-CV-2968-G-BK |
| | § | |
| **GASTON BENNETT MUGNIER,** | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's *Notice of Dismissal of Defendant Gaston Mugnier's Bankruptcy Case and Motion to Re-Open This Case*, Doc. 27. No response in opposition was filed. Accordingly, the motion is **GRANTED**. The Clerk of the Court is directed to reopen this case.

Any motion pending at the time this case was closed that the proponent wishes to pursue should be re-urged. The Court's *Second Amended Scheduling Order* will be filed contemporaneously with this order.

**SO ORDERED**, May 7, 2018.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE